UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:23-cr-035-01 |
| ) | 4:23-cr-035-08 |
| v.  ) | |
| ) | |
| GREGORY SMILEY, ) | |
| EBONY COLEMAN ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

a) Friday, January 31, 2025 (Medical)
b) Friday, February 14, 2025 (Personal Out of District Travel)
c) Monday, February 24, though and including Friday, February 28, 2025 (Medical)
d) Monday, April 14, through and including Friday, April 18, 2025 (Personal Out of District Travel)
e) Tuesday, May 27, through and including, Friday, May 30, 2025 (Personal Out of District Travel)
f) Monday, June 16, 2025 (Personal Out of District Travel)
g) Wednesday, July 2, through and including, Tuesday, July 8, 2025 (Personal Out of District Travel)

**IT IS FURTHER ORDERED** that should a hearing be set during those dates; a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this __22nd__ day of ____January____ 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA