# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:23-CR-35-1** |
| | ) | |
| **GREGORY SMILEY** | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about May 20, 2025, Gregory Smiley (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 21 U.S.C. § 846 (Doc. 690);

WHEREAS, on June 11, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- 2026 Eppinger Street, Savannah, GA;

- 2017 Lewden Street, Savannah, GA;

- $15,179.00 in U.S. Currency (seized from Gregory SMILEY at the Atlanta Airport); and

- Any and all money and property seized from Wells Fargo Bank Account of Gregory SMILEY DBA Top Fashions: Account Number ending in 9154,

(the "Subject Property") was property forfeitable to the United States (Doc. 697);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning June 14, 2025, through and including July 13, 2025 (Docs. 745 and 745-1 at 3); a Declaration of Notice of Forfeiture (establishing posting of the Preliminary Order of Forfeiture on the real properties listed above) was filed on

December 22, 2025 (Docs. 746 and 746-1), and Notice of Forfeiture was filed on October 1, 2025 (Doc. 736); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 21 U.S.C. § 853, and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED**, this 25th day of February, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2